*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD P. WILSON,<br><br>Defendant. | CASE NO. CR96-357RSL<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 29, 2006. The United States was represented by Sue Harrison. The defendant was represented by Carol Koller. The proceedings were recorded.

## CONVICTION AND SENTENCE

Defendant had been convicted of Making, Uttering, and Possessing a Counterfeit Security on or about July 19, 1996. The Hon. Carolyn R. Dimmick of this court sentenced Defendant to 24 months of confinement, followed by 3 years of supervised release. The case has been transferred to Chief Judge Robert S. Lasnik.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

USPO John Vanderwulp alleged that Defendant violated the conditions of supervised

PROPOSED FINDINGS
PAGE -1-

release in eight (8) respects:

(1) Failing to report for urinalysis testing as directed on December 18, 2000; January 2, 17, 19, 25, 31, 2001; February 1, 6, 13, 21, 26, 2001; and March 1, 2001; in violation of the special condition of supervised release;

(2) Failing to make restitution payments for the months of January and February 2001, in violation of the special condition of his supervised release;

(3) Failing to report to his Probation Officer on March 5, 2001, as directed, in violation of standard condition number 2;

(4) Failing to provide monthly reports for the months of January and February, 2001, in violation of standard condition number 2;

(5) Failing to report a change of residence, in violation of standard condition number 6;

(6) Assaulting Angel D. Kelly on or about December 30, 2000, in violation of the condition of supervised released that he shall not commit another federal, state, or local crime;

(7) Possessing a stolen credit card on March 26, 2001, in violation of the condition of supervised release that he shall not commit another federal, state or local crime; and

(8) Violating a No-Contact Order on March 15, 2001, in violation of the condition of supervised release that he shall not commit another federal, state, or local crime.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violations Nos. 1-5, 7, and violation No. 8 (as amended above), waived any hearing as to whether they occurred, and the Government agreed to withdraw violation No.6. The matter will be set for a disposition hearing before the Hon. Robert S. Lasnik.

//

PROPOSED FINDINGS
PAGE -2-

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 30th day of June, 2006.

Monica J. Benton
U.S. Magistrate Judge

cc:  Sentencing Judge         :   Hon. Robert S. Lasnik
     Assistant U.S. Attorney  :   Sue Harrison
     Defense Attorney         :   Carol Koller
     U. S. Probation Officer  :   John Vanderwulp

PROPOSED FINDINGS
PAGE -3-